# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 22, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136725

KRISTY RAE BEECHLER,
      Plaintiff-Appellant,

v

CRAIG MICHAEL BEECHLER,
      Defendant-Appellee.

SC: 136725
COA: 282623
Montcalm CC: 06-008172-DO

_____/

On order of the Court, the application for leave to appeal the May 12, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 22, 2008

Clerk

0915